UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RHONDA STICKLEY,

          Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

          Defendant.

Case No. 3:24-cv-05364-TMC

ORDER GRANTING MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL

Based on the Stipulated Motion to File Administrative Record under Seal, it is ORDERED that the stipulated motion is granted for good cause shown and the parties shall now file the Administrative Record under seal.

Dated this 13th day of November, 2024.

Tiffany M. Cartwright
United States District Judge